UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        16 CR. 500 (RMB)

  -against-

**ORDER**

RAFAEL HERNANDEZ,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Monday, October 25, 2021 at 11:30 AM is hereby rescheduled to 10:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 5015

Dated: October 21, 2021
       New York, NY

                                _____
                                   RICHARD M. BERMAN
                                        U.S.D.J.