**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                  16 CR. 500 (RMB)
   -against-

                                                  **ORDER**

RAFAEL HERNANDEZ,
              Defendant.
------------------------------------------------------------X

The Court will hold a supervised release hearing on Monday, April 11, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 1650

Dated: January 26, 2022
         New York, NY

                                                  RICHARD M. BERMAN
                                                       U.S.D.J.