UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

      -against-

RAFAEL HERNANDEZ,
              Defendant.
------------------------------------------------------------X

16 CR. 500 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, April 11, 2022 at 9:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1650

Dated: April 6, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.