**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                16 CR. 500 (RMB)

   -against-

                                                **ORDER**

RAFAEL HERNANDEZ,
                Defendant.
------------------------------------------------------------X

      The Court will hold a supervised release hearing on Thursday, December 8, 2022 at 11:30 A.M.

      The proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442

      Conference ID: 559 026 690#

Dated: November 30, 2022
          New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.