UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,                              **ORDER**

        -against-                                    16 **CR.** 500 (RMB)

RAFAEL HERNANDEZ,
                    Defendant.
------------------------------------------------------------X

        The terms of the Mr. Hernandez's supervised release conditions are modified to reduce the mental health treatment/counseling sessions to one time per month. All other terms and conditions remain in effect. See Transcript of proceedings held on December 8, 2022 for a complete record.

Dated:  New York, New York
          December 8, 2022

_____
                 **RICHARD M. BERMAN, U.S.D.J.**