UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                :
                        Government,        :        16 CR. 500 (RMB)
                                                :
            - against -                         :        **ORDER**
                                                :
RAFAEL HERNANDEZ,                               :
                         Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 13, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 565 056 064#

Dated: June 20, 2023
       New York, NY

                                           **RICHARD M. BERMAN**
                                                **U.S.D.J.**