UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,      :      16 CR. 500 (RMB)
                                           :
      - against -                        :      **ORDER**
                                           :
RAFAEL HERNANDEZ,                          :
                Defendant.       :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 2, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 565 056 064#

Dated: September 28, 2023
       New York, NY

                                                             _____
                                                             **RICHARD M. BERMAN**
                                                                      **U.S.D.J.**