UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,       :       16 CR. 500 (RMB)
                                           :
       - against -                        :       **ORDER**
                                           :
RAFAEL HERNANDEZ,                          :
                      Defendant.        :
------------------------------------------------------------x

       The supervised release hearing previously scheduled for Monday, October 2, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, October 10, 2023 at 1:30 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 565 056 064#

Dated: October 3, 2023
       New York, NY

                                                                   **RICHARD M. BERMAN**
                                                                            U.S.D.J.